No. 299. KENTUCKY RIVER MILLS *v.* JACKSON. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK is of

the opinion certiorari should be granted. *Leslie W. Morris* for petitioner. *James Park* for respondent.